UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-22492-CIV-WILLIAMS

NORWEGIAN CRUISE LINE
HOLDINGS, LTD., *et al.*

    Plaintiffs,

vs.

SCOTT RIVKEES, M.D.,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' motion for preliminary injunction. (DE 3.)  On July 13, 2021, Plaintiffs ("NCLH") filed this action seeking a preliminary and permanent injunction preventing Defendant from enforcing Fla. Stat. § 381.00316 against them. (DE 1 at 19.)  NCLH also seeks a declaratory judgment that this statute is unlawful as applied to them. (*Id*.)  On that same day, NCLH filed a motion for preliminary injunction requesting that the Court enjoin Defendant from enforcing Fla. Stat. § 381.00316 against them pending resolution of the merits of this case.  (DE 3.)  Accordingly, it is **ORDERED AND ADJUDGED** that the Parties shall comply with the following schedule:

1. NCLH is **DIRECTED** to immediately serve on Defendant a copy of: (i) the Complaint (DE 1); (ii) the motion for preliminary injunction and its exhibits (DE 3); and (iii) this Order.  NCLH is further **DIRECTED** to file proofs of service on the docket by no later than **July 16, 2021**.

2. By no later than **July 23, 2021**, Defendant shall file a brief in opposition to the motion for preliminary injunction and any affidavits or other evidence in support.

1

3. By no later than **July 30, 2021**, NCLH may file a reply in support of their motion.

4. A hearing on the motion for preliminary injunction is **SCHEDULED** for **August 6, 2021 at 10:00 AM**. Additional details will be provided to counsel of record before the hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, this 14th day of July 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE