UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NORWEGIAN CRUISE LINE HOLDINGS LTD.**, a Bermuda Company; **NCL (BAHAMAS) LTD.**, d/b/a NORWEGIAN CRUISE LINE, a Bermuda Company; **SEVEN SEAS CRUISES S. DE R.L.**, d/b/a REGENT SEVEN SEAS CRUISES, a Panama Limited Liability Company; **OCEANIA CRUISES S. DE R.L.**, d/b/a OCEANIA CRUISES, a Panama Limited Liability Company;<br><br>          Plaintiffs,<br><br>v.<br><br>**SCOTT A. RIVKEES, M.D.,** State Surgeon General and Head of the Florida Department of Health, in his official capacity;<br><br>          Defendant. | Case No. 1:21-cv-22492-KMW |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT ORDER [D.E. 12]
AND NOTICE OF FILING RETURN OF SERVICE**

Plaintiffs, Norwegian Cruise Line Holdings Ltd., a Bermuda company, NCL (Bahamas) Ltd., a Bermuda company ("NCLB"), Oceania Cruises S. de R.L., a Panama limited liability company ("Oceania"), and Seven Seas Cruises S. de R.L., a Panama limited liability company ("Regent Seven Seas"), by and through the undersigned counsel, provide notice of compliance with the Court's Order dated July 14, 2021 [D.E. 12], and further give notice that the (1) Complaint for Declaratory Relief and Preliminary Injunction [D.E. 1], (2) Plaintiffs' Expedited Motion for a Preliminary Injunction [D.E. 3], and (3) Order re Plaintiff's Motion for Preliminary Injunction [D.E. 12], were served on Defendant, Scott A. Rivkees, M.D., State Surgeon General and Head of the Florida Department of Health, in his official capacity, on July 15, 2021. The Return of Service is attached as Exhibit 1.

1

DATED: July 15, 2021

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ John F. O'Sullivan*
John F. O'Sullivan (Fla. Bar No. 143154)
Olga M. Vieira ( Fla. Bar No. 29783)
2601 South Bayshore Drive
15th Floor
Miami, FL 33133
(305) 439-5008 & (305) 496-2988
olgavieira@quinnemanuel.com
johnosullivan@quinnemanuel.com

Derek L. Shaffer*
Jonathan G. Cooper*
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Applications for admission *pro hac vice* filed

*Attorneys for Plaintiffs Norwegian Cruise Line Holdings Ltd., NCL (Bahamas) Ltd., Seven Seas Cruises S. de R.L. and Oceania Cruises S. de R.L.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July 2021, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the party identified below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**VIA EMAIL & U.S. MAIL**

Dr. Scott Rivkees, in his official capacity as State Surgeon
General, Florida Department of Health
4052 Bald Cypress Way
Tallahassee, FL 32399
health@flhealth.gov
Telephone:  (850) 245-4444

*Defendant*

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No.  143154
johnosullivan@quinnemanuel.com