UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-22492-CIV-WILLIAMS

NORWEGIAN CRUISE LINE
HOLDINGS, LTD., *et al.*

    Plaintiffs,

vs.

SCOTT RIVKEES, M.D.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Defendant's expedited motion for extension (DE 16) and Plaintiffs' response in opposition (DE 17). Upon review of the record, it is **ORDERED AND ADJDUGED** that Defendant's motion (DE 16) is **GRANTED**. Accordingly, the Parties shall comply with the following schedule:

1. By no later than **July 27, 2021**, Defendant shall file a brief in opposition to the motion for preliminary injunction and any affidavits or other evidence in support.

2. By no later than **July 30, 2021**, Plaintiffs may file a reply in support of their motion.

3. A hearing on the motion for preliminary injunction is **SCHEDULED** for **August 6, 2021 at 10:00 AM**. Additional details will be provided to counsel of record before the hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of July 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE