## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **NORWEGIAN CRUISE LINE HOLDINGS LTD.**, a Bermuda Company; **NCL (BAHAMAS) LTD.**, d/b/a NORWEGIAN CRUISE LINE, a Bermuda Company; **SEVEN SEAS CRUISES**, a Panama Limited Liability Company; **OCEANIA CRUISES S. DE R.L.**, d/b/a OCEANIA CRUISES, a Panama Limited Liability Company,<br><br>       Plaintiffs,<br><br>v.<br><br>**SCOTT A. RIVKEES, M.D.**, State Surgeon General and Head of the Florida Department of Health, in his official capacity,<br>       Defendant. | Case No.: 1:21-cv-22492-KMW |

## NOTICE OF APPEAL

Notice is hereby given that Defendant in the above-named action appeals to the United States Court of Appeals for the Eleventh Circuit from the Preliminary Injunction (Doc. 43) entered by this Court on August 8, 2021.

Dated: August 10, 2021                                       Respectfully submitted,

/s/Joseph O. Masterman

| | |
|---|---|
| Raymond Frederick Treadwell | Joseph O. Masterman |
| Florida Bar No. 93834 | Florida Bar No. 1004179 |
| EXECUTIVE OFFICE OF THE GOVERNOR | COOPER & KIRK, PLLC |
| Office of the General Counsel | 1523 New Hampshire Avenue, N.W. |
| 400 South Monroe Street | Washington, DC 20036 |
| The Capitol | (202) 220-9600 |
| Suite 209 | (202) 220-9601 (fax) |
| Tallahassee, FL 32399 | jmasterman@cooperkirk.com |

1

(850) 488-9810
ray.treadwell@eog.myflorida.com

Charles J. Cooper*
Peter A. Patterson*
Nicholas A. Varone*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com
ppatterson@cooperkirk.com
nvarone@cooperkirk.com
wbergstrom@cooperkirk.com

*Appearing *pro hac vice*

*Attorneys for Defendant Scott A. Rivkees, M.D.*

2