## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**NORWEGIAN CRUISE LINE HOLDINGS LTD.,** a Bermuda Company; **NCL (BAHAMAS) LTD.,** d/b/a NORWEGIAN CRUISE LINE, a Bermuda Company; **SEVEN SEAS CRUISES S. DE R.L.,** d/b/a REGENT SEVEN SEAS CRUISES, a Panama Limited Liability Company; **OCEANIA CRUISES S. DE R.L.,** d/b/a OCEANIA CRUISES, a Panama Limited Liability Company;

Plaintiffs,

v.

**SCOTT A. RIVKEES, M.D.,** State Surgeon General and Head of the Florida Department of Health, in his official capacity;

Defendant.

Case No. 1:21-cv-22492-KMW

## ORDER CONCERNING MOTION FOR INDICATIVE RULING

THIS CAUSE having come before the Court on Plaintiffs' Motion For An Indicative Ruling Lifting Preliminary Injunction (Dkt. 53), and this Court having considered the Motion and all other relevant factors, the Court hereby

STATES that it would grant the suggested relief and lift the preliminary injunction (Dkt. 43) "if the court of appeals remands for that purpose." Fed. R. Civ. P. 12.1.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
Kathleen M. Williams
District Judge

Copies furnished to: All Counsel of Record