## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NORWEGIAN CRUISE LINE HOLDINGS LTD.,** a Bermuda Company; **NCL (BAHAMAS) LTD.,** d/b/a NORWEGIAN CRUISE LINE**,** a Bermuda Company; **SEVEN SEAS CRUISES S. DE R.L.,** d/b/a REGENT SEVEN SEAS CRUISES, a Panama Limited Liability Company; **OCEANIA CRUISES S. DE R.L.,** d/b/a OCEANIA CRUISES, a Panama Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH A. LADAPO, M.D., PH.D,** State Surgeon General and Head of the Florida Department of Health, in his official capacity;<br><br>Defendant. | Case No. 1:21-cv-22492-KMW |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Norwegian Cruise Line Holdings Ltd., NCL (Bahamas) Ltd., Seven Seas Cruises S. de R.L., and Oceania Cruises S. de R.L. and Defendant Joseph A. Ladapo, M.D., Ph.D.,[1] through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above-captioned action, including all claims and defenses asserted therein.   Each party will bear its own attorneys' fees, expenses, and costs of court.

---

[1]   On September 21, 2021, Dr. Joseph A. Ladapo replaced Dr. Scott A. Rivkees as Florida Surgeon General.   *Governor Ron DeSantis Announces Dr. Joseph A. Ladapo as Florida Surgeon General*, FLA. GOV. (Sept. 21, 2021), https://perma.cc/A638-T4PD.

DATED:   February 21, 2023          Respectfully submitted,

/s/ Peter A. Patterson                          /s/ John F. O'Sullivan

Joseph O. Masterman                      John F. O'Sullivan
Florida Bar No. 1004179                  Florida Bar No. 143154
COOPER & KIRK, PLLC                       Olga Vieira
1523 New Hampshire Avenue, NW            Florida Bar No. 29783
Washington, DC 20036                     QUINN EMANUEL URQUHART & SULLIVAN, LLP
(202) 220-9600                           2601 South Bayshore Drive, 15th Floor
jmasterman@cooperkirk.com                Miami, FL 33133
                                         (305) 439-5008
Charles J. Cooper*                       johnosullivan@quinnemanuel.com
Peter A. Patterson*                      olgavieira@quinnemanuel.com
Nicholas A. Varone*
William V. Bergstrom*                    Derek L. Shaffer*
COOPER & KIRK, PLLC                       William A. Burck*
1523 New Hampshire Avenue, NW            Jonathan G. Cooper*
Washington, DC 20036                     QUINN EMANUEL URQUHART & SULLIVAN, LLP
(202) 220-9600                           1300 I Street NW, 9th Floor
ccooper@cooperkirk.com                   Washington, DC 20005
ppatterson@cooperkirk.com                (202) 538-8000
nvarone@cooperkirk.com                   derekshaffer@quinnemanuel.com
wbergstrom@cooperkirk.com                williamburck@quinnemanuel.com
                                         jonathancooper@quinnemanuel.com
*Appearing pro hac vice
                                         *Appearing pro hac vice
Raymond Frederick Treadwell
Florida Bar No. 93834                    Attorneys for Plaintiffs Norwegian Cruise Line Holdings
EXECUTIVE OFFICE OF THE                   Ltd., NCL (Bahamas) Ltd., Seven Seas Cruises S. de R.L.,
GOVERNOR                                  and Oceania Cruises S. de R.L.
Office of the General Counsel
400 South Monroe Street
The Capitol
Suite 209
Tallahassee, FL 32399
(850) 488-9810
ray.treadwell@eog.myflorida.com

Attorneys for Defendant Joseph A.
Ladapo, M.D., Ph.D.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of February 2023, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ John F. O'Sullivan*_____
John F. O'Sullivan
Fla. Bar No. 143154
johnosullivan@quinnemanuel.com